IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN DeWILLIAMS,<br>            Petitioner,<br><br>v.<br><br>LAWRENCE MAHALLY,<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF DEALWARE, and<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>            Respondents. | CIVIL ACTION<br><br><br><br><br>NO.  15-4880 |

## O R D E R

**AND NOW**, this 8th day of September, 2016, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Jonathan DeWilliams, the response, the record in this case, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated July 29, 2016, no objections having been filed, **IT IS ORDERED** as follows:

    1.    The Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated July 29, 2016, is **APPROVED** and **ADOPTED**;

    2.    The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Jonathan DeWilliams, is **DENIED**;

    3.    A certificate of appealability will not issue because reasonable jurists would not debate this Court's decision that the petition does not state a valid claim of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000);

    4.    The Clerk of Court shall **MARK** this case **CLOSED**.

                                                                                  **BY THE COURT:**

                                                                                  /s/ Hon. Jan E. DuBois

                                                                                  DuBOIS, JAN E., J.